14CR192
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-192-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| DONALD J. PEEL, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney MATTHEW MORRIS, and defendant DONALD J. PEEL by and through his attorney DOUGLAS BEEVERS, hereby stipulate as follows:

1. The defendant has filed a Motion to Dismiss. ECF 15.

2. The Motion to Dismiss contains four pages of text inadvertently copied from a prior motion. ECF 15 pp. 5-8.

3. The parties jointly request that the Court strike and disregard the four pages that were inadvertently copied from the prior pleading, and request the following briefing schedule: Opposition due October 3, 2014; Reply, if any, due October 7, 2014; hearing, if any, October 10, 2014.

\\\
\\\
\\\

STIPULATION AND PROPOSED ORDER                                1

**IT IS SO STIPULATED**.

Dated:  September 25, 2014                                BENJAMIN B. WAGNER
                                                          United States Attorney


                                                    By:   /s/ MATTHEW G. MORRIS
                                                          MATTHEW G. MORRIS
                                                          Assistant United States Attorney


Dated:  September 25, 2014                                HEATHER E. WILLIAMS
                                                          Federal Defender

                                                    By:   /s/ Douglas Beevers (auth 9/25/14)
                                                          DOUGLAS BEEVERS
                                                          Assistant Federal Defender



**IT IS SO ORDERED**.

Dated:  September 25, 2014


                                          _____
                                          GARLAND E. BURRELL, JR.
                                          Senior United States District Judge

STIPULATION AND PROPOSED ORDER                2