HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
DONALD J. PEEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case №:2:14-cr-00192 -GEB |
|---|---|
| Plaintiff, | SEALING ORDER |
| vs. | Judge: Hon. Garland E. Burrell, Jr. |
| DONALD J. PEEL, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant's Request to Seal be granted. Defendant's Federal Rule of Evidence ("Rule") 412 Motion in Limine shall be filed under seal, permitting Assistant United States Attorney Sherry Haus access to the document.  It is further ordered that an in camera hearing will be held concerning Defendant's Rule 412 Motion in Limine on October 30, 2014, under Rule 412(c), at the conclusion of the hearing on the parties' other Motions in Limine.

Dated:  October 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1