HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
DONALD J. PEEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-192-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE |
| v. | Date:  October 30, 2014 |
| DONALD J. PEEL, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

   The parties stipulate that the briefing schedule be modified to allow defense counsel to file motions *in limine* until October 15, 2014.

   The parties state that additional discovery was provided on October 14, 2014.

DATED: October 15, 2014          HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ Douglas J. Beevers_____
                                 DOUGLAS J. BEEVERS
                                 Assistant Federal Defender

DATED: October 15, 2014          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Douglas J. Beevers for_____
                                 MICHAEL BECKWITH
                                 Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court approves the briefing schedule outlined above.

Dated: October 17, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge