UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:14-cr-00192-GEB |
|---|---|
| Plaintiff, | |
| v. | **RESPONSE TO REQUEST FOR SUBPOENAS** |
| DONALD J. PEEL, | |
| Defendant. | |

On October 28, 2014, counsel for Defendant Donald J. Peel ("Defendant") submitted a request in which he seeks advance authority under Rule 17(b) and (c) to subpoena the attendance at trial of "Siskiyou Count[y] Juvenile Court" with the production of "the order of dismissal of the alleged victim's drug case." The Court interprets Defendant's request to seek a subpoena compelling the attendance of the "Keeper of Records for Siskiyou County Juvenile Court."

Defendant states in support of his request:

> It will be necessary that 1 additional state government employed witness[] be subpoenaed in this case to provide support for Defendant's defense that the interstate travel was for a lawful purpose, because Mr. Peel was only intended [sic] to pass through California without stopping for sexual acts. Defense requests a subpoena duces tecum for the Siskiyou Count[y] Juvenile Court for the order of dismissal of the alleged victim's drug case. The evidence is material, because Social Worker Judy Carter interviewed the alleged victim in custody (without Miranda)

1

and the alleged victim maintained that Mr. Peel was innocent of any California sex crimes for one hour and did not make a statement against Mr. Peel until after Social Worker Carter told the alleged victim that the District Attorney would be more likely to dismiss the victim's drug charges if she implicated Mr. Peel in a California sex crime.

Defendant further states in the October 28, 2014 request that the "request is being served on the United States Attorney's Office[1] so that it can be disclosed to the alleged victim."

Defendant's request, as interpreted by the Court, is GRANTED in its entirety. The Clerk of the Court is authorized to issue a subpoena duces tecum as indicated, and the costs incurred for the process and the fees of the witnesses subpoenaed shall be paid in the same manner as a witness subpoenaed on the government's behalf.

Dated:  October 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] Since the Defendant states his request has been served on the government, this response is being filed on the public docket.