HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
DONALD J. PEEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:14-cr-00192 -GEB |
|---|---|---|
| Plaintiff, | ) | ORDER TO SEAL DOCUMENT |
| vs. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| DONALD J. PEEL, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that Defendant's Request to Seal filed November 3, 2014, be granted and that the Defendant's Motion to Reconsider Denial of Defendant's Rule 412 Motion in Limine be filed under seal, permitting Assistant United States Attorney Sherry Haus access to the document.

Dated:  November 3, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1