BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
SHERRY D. HARTEL HAUS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-192 |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. |  |
| DONALD J. PEEL, | TRIAL DATE: November 5, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. |  |

IT IS HEREBY ORDERED that the Government's Response to Defendant's Motion to Reconsider, which motion was filed under seal in the above-captioned case, shall also be filed under seal. The Response was submitted to the Court and sent to defense counsel via-email on November 4, 2014, and shall not be disclosed to any person, except that defense counsel Douglas Beevers shall be granted access to the document, unless otherwise ordered by this Court.

Dated: November 4, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge