UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DONALD J. PEEL,<br><br>            Defendant. | No.  2:14-cr-00192-GEB<br><br>**SEALING ORDER** |

The attached one-page correspondence and eleven-page "Ex Parte Pro Se Pleadings," which were received in Court today and concern Defendant's request for new appointed counsel, shall be filed under seal. Access to the documents is limited to defense counsel and the Court only.

Dated:  November 12, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1