UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DONALD J. PEEL,<br><br>        Defendant. | No. 2:14-cr-00192-GEB<br><br>**ORDER STRIKING DEFENDANT'S PRO SE FILING** |

On July 2, 2015, Defendant filed *in propria persona*, while he was simultaneously represented by counsel, an "Ex Parte Motion for Leave of Court to Correct the Court Record." (ECF No. 155.) However, "[a] criminal defendant does not have an absolute right to both self-representation and the assistance of counsel." United States v. Halbert, 640 F.2d 1000, 1009 (9th Cir. 1981). "Whether to allow hybrid representation, where the accused assumes some of the lawyer's functions, is within the sound discretion of the judge." United States v. Williams, 791 F.2d 1383, 1389 (9th Cir. 1986) (citation omitted).

Defendant has not been authorized to engage in hybrid representation. Therefore, Defendant's referenced pro se filing, (ECF No. 155), shall be stricken from the docket.

Dated:  July 13, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge