John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
DONALD PEEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:14-CR-0192-GEB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| Donald Peel, | |
| Defendant. | |

During the sentencing hearing on July 31, 2015, the Court held an in camera hearing re the status of counsel with the defendant Donald Peel and his then-counsel, Assistant Federal Defender Douglas Beevers.

Defendant Peel, through appellate counsel John Balazs, and the United States of America, through its counsel, Assistant U.S. Attorney Michael M. Beckwith, herby stipulate and request that the Court enter an order that the court reporter may transcribe and provide a copy of the transcript of this 7/31/15 in camera hearing to defense counsel John Balazs for purposes of appeal. The transcript shall otherwise remain sealed until further order of the Court.

1

To the extent Peel relies on the transcript in prosecuting his appeal, he will move to unseal the transcript and provide access to the transcript to government's counsel.

Respectfully submitted,

Dated:  December 9, 2015                /s/ John Balazs
                                        JOHN BALAZS

                                        Attorney for Defendant
                                        DONALD PEEL

Dated:  December 9, 2015                BENJAMIN B. WAGNER
                                        U.S. Attorney

                              By:       /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  December 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2