John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
DONALD PEEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:14-CR-0192-GEB |
| Plaintiff, | **PROPOSED ORDER** |
| v. | |
| Donald Peel, | |
| Defendant. | |

On November 12, 2014, the Court issued an order sealing defendant Donald Peel's pro se pleadings and providing access to the sealed documents only to defense counsel and the court. Docket entry 122. The sealed pro se documents were filed at docket entry 123. At the time, Mr. Peel was represented by the Federal Defender and attorney Doug Beevers.

In an order filed August 13, 2015, the Ninth Circuit granted the Federal Defender's motion to withdraw as counsel of record and substituted attorney John Balazs as Mr. Peel's counsel of record. Ninth Circuit No. 15-10407, dkt. Entry 3. Mr. Balazs entered an appearance as counsel of record in the district court on August 18, 2015. Docket entry 168.

Mr. Peel's counsel now applies for an order authorizing the Clerk's Office to provide a copy of the sealed pro se pleadings at docket entry 123 to attorney John Balazs as Mr. Peel's

current counsel of record.  The documents will otherwise remain sealed until further order of the court.

                                        Respectfully submitted,

Dated:  June 28, 2016                  /s/ John Balazs
                                        JOHN BALAZS

                                        Attorney for Defendant
                                        DONALD PEEL

                                        **ORDER**

      IT IS SO ORDERED.

Dated:  July 5, 2016

                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge