1  John Balazs, Bar # 157287
   Attorney at Law
2  916 Second Street, Suite F
   Sacramento, CA 95814
3  Tel:  (916) 447-9299
4  John@Balazslaw.com
   Sacramento, CA 95814

5

6  Attorney for Defendant
   DONALD PEEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:14-CR-0192-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| Donald Peel, | |
| Defendant. | |

On August 22, 2014, the Court held an in camera hearing re the status of counsel with the defendant Donald Peel and his then-counsel, Assistant Federal Defender Douglas J. Beevers.

Defendant Peel, through appellate counsel John Balazs, and the United States of America, through its counsel, Assistant U.S. Attorney Michael M. Beckwith, hereby stipulate and request that the Court enter an order that the court reporter may transcribe and provide a copy of the transcript of this 8/22/14 in camera hearing to defense counsel John Balazs for purposes of appeal.  The transcript shall otherwise remain sealed until further order of the Court.

1

To the extent Peel relies on the transcript in prosecuting his appeal, he will move to unseal the transcript and provide access to the transcript to government's counsel.

Respectfully submitted,

Dated: July 6, 2016 /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
DONALD PEEL

Dated: July 6, 2016 BENJAMIN B. WAGNER
U.S. Attorney

By: /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2