John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
DONALD PEEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Donald Peel,<br><br>　　　　　Defendant. | No. 2:14-CR-0192-GEB<br><br>**STIPULATION AND PROPOSED ORDER** |

　　　Defendant Peel, through appellate counsel John Balazs, and the United States of America, through its counsel, Assistant U.S. Attorney Michael M. Beckwith, hereby stipulate and request that the Court enter an order that the district court provide a copy to attorney John Balazs of defendant's motion for reconsideration of the order denying his Rule 412 motion (docket 98), the government's response (docket 102), and the court's order denying the motion for reconsideration (docket 103). These documents were provided to trial counsel but were otherwise filed under seal and shall remain sealed until further order of the Court.

1

Respectfully submitted,

Dated: January 18, 2017     /s/ John Balazs
                            JOHN BALAZS

                            Attorney for Defendant
                            DONALD PEEL

Dated: January 18, 2017     PHILLIP TALBERT
                            U.S. Attorney

                     By:    /s/ Michael M. Beckwith
                            MICHAEL M. BECKWITH
                            Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the clerk's office shall provide a copy of the documents filed under seal at docket ## 98, 102, and 103 to counsel John Balazs or his representative.

Dated: January 18, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2