John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
DONALD PEEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:14-CR-0192-GEB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| Donald Peel, | |
| Defendant. | |

Defendant Donald Peel, through counsel John Balazs, and the United States of America, through its counsel, Assistant U.S. Attorney Michael M. Beckwith, hereby stipulate and request that the Court enter an order unsealing defendant's pro se letter at docket 123.  On November 12, 2014, the Court issued an order sealing defendant's pro se pleading at docket 123 and providing access to the sealed documents only to defense counsel and the court.  Docket entry 122.

Dated: February 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Because Peel intends to rely on document 123 as part of the basis for his appeal, the parties request that the Court enter an order unsealing document 123.

Respectfully submitted,

Dated:  February 14, 2017         /s/ John Balazs
                                  JOHN BALAZS

                                  Attorney for Defendant
                                  DONALD PEEL


Dated:  February 14, 2017         BENJAMIN B. WAGNER
                                  U.S. Attorney


                           By:    /s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney


**ORDER**

For the reasons set forth above, IT IS SO ORDERED that defendant's pro se pleading at docket 123 be unsealed.

Dated: February ____, 2017

_____
HON. GARLAND A. BURRELL, JR.
U.S. District Judge

2