UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DONALD J. PEEL,<br><br>Movant. | No. 2:14-cr-0192-KJM-CKD-1<br><br><br><br>ORDER |

   On April 12, 2020,[1] movant filed a request for reconsideration of the magistrate judge's order filed April 6, 2020, denying movant's second motion to amend his 28 U.S.C. § 2255 motion as moot.  Movant filed an amended motion for reconsideration of the same ruling on May 4, 2020.  ECF No. 222.  The court treats the amended motion as the operative motion replacing the original motion for reconsideration.  As provided by this court's Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

/////

---

[1] All prisoner filing dates are calculated using the prison mailbox rule.  *See Houston v. Lack*, 487 U.S. 266 (1988).

1

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge filed April 6, 2020, is affirmed.
2. Movant's amended request for reconsideration (ECF No. 222), which supersedes his original request (ECF No. 221), is denied.

DATED: May 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2