IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>DONALD PEEL,<br><br>              **Defendant.** | No.: 14cr00192 KJM CKD<br><br>ORDER TO EXPAND APPOINTMENT OF COUNSEL TO INCLUDE PEEL'S 28 U.S.C. § 2255 PETITION<br><br>Honorable Magistrate Judge Carolyn K. Delaney |

GOOD CAUSE APPEARING, Petitioner Donald Peel's request for expansion of the current appointment of Fay Arfa to include Peel's 18 U.S.C. 2255 Petition (Doc. 206) is granted.

DATED: June 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE