IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD PEEL,<br><br>　　　　　　　　Defendant. | CASE NO.:  14-cr-00192 KJM CKD<br><br>**ORDER TO SEAL EXHIBITS B AND F TO MOTION FOR COMPASSIONATE RELEASE** |

　　　GOOD CAUSE APPEARING, Petitioner Donald Peels' request to seal Exhibit B at 13-579 and Exhibit F at 653-660 attached to his Motion for Compassionate Release is GRANTED.

DATED: August 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE