IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>DONALD PEEL,<br><br>              Defendant. | CASE NO.:  14-cr-00192 KJM CKD<br><br>**ORDER TO REDACT PARTS OF EXHIBITS TO MOTION FOR COMPASSIONATE RELEASE** |

    GOOD CAUSE APPEARING, Petitioner Donald Peels' request to redact portions of his Motion for Compassionate Release, namely, Exhibits A at 2, E at 651 and G at 662, 667-668, is GRANTED.  Petitioner is directed to file a redacted copy of the exhibits with his Motion for Compassionate Release.

DATED:  August 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE