McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-192 CKD |
| Plaintiff, | STIPULATION TO SET BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| DONALD PEEL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On August 26, 2020, defendant Donald Peel filed a Motion to Vacate and/or Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 250.

2. Counsel for the government wishes to review and respond to the motion and requests time to gather case-related documents from the Bureau of Prisons with which to prepare its response.

3. The parties agree and propose that the government's response brief be due September 9, 2020.

4. The parties further agree and propose that the defense's reply brief, if any, be due September 16, 2020.

5. By this stipulation, the parties request the Court adopt and order the proposed briefing

schedule.

    IT IS SO STIPULATED.

Dated: August 26, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: August 26, 2020

/s/ Q. Hochhalter for F. Arfa
FAY ARFA
Counsel for Defendant
DONALD PEEL

    IT IS SO ORDERED.

    This order resolves ECF No. 251.

DATED: August 31, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2