McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-192 CKD |
| Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| DONALD PEEL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On August 26, 2020, defendant Donald Peel filed a Motion to Vacate and/or Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 250.

2. Counsel for the government wishes to review and respond to the motion and requests additional time to gather case-related documents with which to prepare its response; specifically, additional time is needed to contact the victim in this case, to determine whether the victim wishes to provide a statement.

3. The parties agree and propose a 1-week continuance for the government's response brief, modifying the due date to September 16, 2020.

4. The parties further agree and propose that the defense's reply brief, if any, be due

1

September 23, 2020.

5. By this stipulation, the parties request the court adopt and order the proposed modifications to the briefing schedule.

IT IS SO STIPULATED.

Dated: September 8, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: September 8, 2020

/s/ Q. Hochhalter for F. Arfa
FAY ARFA
Counsel for Defendant
DONALD PEEL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of September, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE