McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD PEEL,<br><br>    Defendant. | CASE NO. 2:14-CR-192 CKD<br><br>STIPULATION TO MODIFY BRIEFING SCHEDULE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  On August 26, 2020, defendant Donald Peel, through his defense counsel, filed a Motion to Vacate and/or Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 250.

2.  The Court ordered the government to respond to Peel's motion (ECF No. 250) by September 16, 2020.

3.  On September 8, 2020, Peel filed a letter moving, *pro se*, to vacate and/or reduce his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 253.

4.  On September 14, 2020, the Court directed defense counsel to respond to Peel's new motion (ECF No. 253) by September 28, 2020. ECF No. 255.

5.  In light of Peel's second motion (ECF No. 253) and the need for defense counsel to

respond by September 28, 2020 (ECF No. 255), the parties propose modifying the current briefing schedule related to the original motion (ECF No. 250).

6. The parties specifically agree and propose a continuance for the government's response brief, modifying the due date to October 5, 2020.

7. The parties further agree and propose that the defense's reply brief, if any, be due October 12, 2020.

8. By this stipulation, the parties request the Court adopt and order the proposed modifications to the briefing schedule.

IT IS SO STIPULATED.

Dated:  September 14, 2020　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ QUINN HOCHHALTER
　　　　　　　　　　　　　　　　　　　　　QUINN HOCHHALTER
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  September 14, 2020　　　　　　　　　/s/ Q. Hochhalter for F. Arfa
　　　　　　　　　　　　　　　　　　　　　FAY ARFA
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　DONALD PEEL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of September, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE