# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DONALD J. PEEL,<br><br>Movant. | No. 2:14-cr-0192 KJM CKD<br><br><br><br>ORDER |

Movant has filed a motion for leave to request counsel along with a motion for the appointment of counsel. ECF Nos. 265-266. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for leave to file a motion for the appointment of counsel (ECF No. 265) is granted.

/////

/////

2. The motion to appoint counsel (ECF No. 266) in the pending §2255 proceeding is denied without prejudice.

Dated: November 19, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/peel0192.207(2).docx