UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. PEEL,<br><br>  Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | No. 2:14-cr-00192-KJM-CKD<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding pro se with an amended motion to vacate, set aside, or correct his sentence filed pursuant to 28 U.S.C. § 2255. ECF No. 214. Currently pending before the court is movant's motion to suspend proceedings based on respondent's failure to file an answer by January 5, 2021 as directed by the court. See ECF No. 249. Movant correctly notes that no answer has been filed in this matter to date, although there has been extensive briefing on movant's motion for compassionate release pursuant to 18 U.S.C. § 3582 during this same time period.

Accordingly, IT IS HEREBY ORDERED that movant's motion to suspend proceedings (ECF No. 276) is granted to the extent that counsel for respondent shall show cause within 21 days from the date of this order why the court's briefing schedule was not followed.

Dated: February 9, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/peel0192.osc.docx

1