UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. PEEL, | No. 2:14-cr-00192-KJM-CKD-1 |
| Movant, | |
| v. | <u>ORDER</u> |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Movant is a federal prisoner proceeding pro se in this action to vacate or reduce his sentence. On November 29, 2020, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 19, 2020, denying his motion to appoint counsel. Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 19, 2020, is affirmed.

DATED: February 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1