UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. PEEL, | No. 2:14-cr-00192-KJM-CKD-1 |
| Movant, | |
| v. | <u>AMENDED ORDER</u> |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Movant is a federal prisoner proceeding pro se in this action to vacate or reduce his sentence.  On December 7, 2020, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 19, 2020, denying his motion to appoint counsel.  Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the file, the court finds the magistrate judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 19, 2020, is affirmed.

DATED:  February 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1