UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. PEEL,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. 2:14-cr-00192-KJM-CKD<br><br><br><br>ORDER |

On March 31, 2021, movant filed a motion for corrective measures in response to this court's order granting respondent an extension of time to file an answer to movant's motion to vacate, set aside, or correct his sentence. ECF No. 287. The court construes this motion as a request for reconsideration of the magistrate judge's order filed March 2, 2021, granting respondent an extension of time. Under E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 2, 2021, is affirmed.

DATED: April 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE