UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> v.<br><br>Donald J. Peel,<br><br>    Defendant. | No. 2: 14-cr-00192 KJM CKD<br><br>ORDER |

   Defendant Peel filed an unopposed ex parte application, ECF No. 302, requesting the court order the Clerk's office to release a copy of the victim impact statement, ECF No. 162, to defense counsel.  The statement is currently under seal as a supplemental attachment to the Presentence Investigation Report (PSR), ECF No. 157.  Defendant has a right to see the full PSR.

   The court orders the Clerk of the Court to release the statement, ECF No. 162, to Peel's counsel, Fay Arfa.

   IT IS SO ORDERED.

DATED:  July 20, 2021.

                           _____
                         CHIEF UNITED STATES DISTRICT JUDGE