UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0192 KJM CKD P |
| Respondent, | |
| v. | ORDER |
| DONALD J. PEEL, | |
| Movant. | |

Movant has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for appointment of counsel (ECF No. 315) is denied without prejudice.

/////

/////

/////

2. Movant's reply to respondent's opposition to his § 2255 motion is due on or before February 1, 2022. See ECF No. 314. Upon the filing of movant's reply or the expiration of time to do so, this matter will be deemed submitted on the papers.

Dated:  January 14, 2022

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/peel0192.207

2