UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>DONALD J. PEEL,<br><br>    Movant. | No. 2:14-cr-00192-KJM-CKD-1<br><br>ORDER |

Movant has requested an extension of time to file objections to the October 2, 2023, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's request for an extension of time (ECF No. 331) is granted; and

2. Movant is granted sixty days from the date of this order in which to file objections to the October 2, 2023, findings and recommendations.

Dated: November 1, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/peel0192.236