UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DONALD J. PEEL,<br><br>Movant. | No. 2:14-cr-00192-KJM-CKD-1<br><br><br><br>ORDER |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant has filed two separate motions to stay these proceedings pending the receipt of his legal property.  ECF Nos. 333-334.  The court construes the motions as a request for an extension of time to file objections to the court's October 2, 2023 Findings and Recommendations.  So construed for good cause shown, the motions will be granted.  No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Movant's motions to stay proceedings (ECF Nos. 333-334) are construed as motions for an extension of time.  So construed, the motions are granted.

/////

/////

/////

1

2. Plaintiff is granted until February 1, 2024 in which to file objections to the court's Findings and Recommendations. No further extensions of time will be granted.

Dated: December 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/peel0192.36(2)