UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>DONALD J. PEEL,<br><br>　　　　　Movant. | No. 14-cr-00192-KJM-CKD-1<br><br>ORDER |

　　　　On March 28, 2024, this court denied movant's amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Prior Order at 3, ECF No. 342. The court declined to issue a certificate of appealability under 28 U.S.C. § 2253. *Id.*

　　　　Movant now moves for a certificate of appealability. Mot., ECF No. 346. The court has reviewed the motion and has determined the filing is for the Court of Appeals to consider. *See, e.g.*, *id.* at 1 (caption listing the "United States Court of Appeals for the Ninth Circuit"), 10 (noting "this Court has the authority to correct the district court's ruling"). Because the filing is not for this court to consider, the filing is **disregarded**. Movant is directed to file motions related to his appeal to the appropriate court. All further filings directed to the Ninth Circuit will not be accepted and shall be disregarded.

　　　　This order resolves ECF No. 346.

/////

1

1       IT IS SO ORDERED.

2   DATED: May 15, 2024.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE