UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:14-cr-00192-KJM-CKD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Donald Peel, | |
| Defendant. | |

Defendant Donald Peel, moving *pro se*, renews for a second time, his motion for compassionate release or a reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A). Having carefully reviewed Mr. Peel's second renewed motion, the court **denies** the motion as explained below.

**I.   BACKGROUND**

The court explained the background of Mr. Peel's case in its previous orders. On November 18, 2024, a jury unanimously found Mr. Peel guilty of one count of transportation of a minor to engage in prohibited sexual conduct in violation of 18 U.S.C. § 2423(a). Verdict, ECF No. 143. On July 31, 2015, the previously assigned district judge sentenced Mr. Peel to 210-months' imprisonment and a 240-month term of supervised release. *See* J. & Commitment at 10, ECF No. 165. This court previously denied Mr. Peel's motion for compassionate release and subsequent renewed motion. *See* Prev. Mot. (August 26, 2020), ECF No. 250; Prev. Order

1

1  (November 20, 2020), ECF No. 268; Prev. Renew. Mot. (December 29, 2020), ECF No. 271;
2  Prev. Order (March 25, 2021), ECF No. 284; Prev. Order (July 8, 2021), ECF No. 306.  The
3  government moved for an extension of time to file a response.  *See generally* Pl.'s Mot. Extension
4  Time, ECF No. 361.

5  Mr. Peel's medical records indicate he is in his seventies and suffers from several health
6  conditions including hypertension, COPD, benign hypertrophy of prostate, chronic viral hepatitis
7  C and malignant neoplasm of prostate.  *See* Medical Records, ECF No. 269 (sealed).  Mr. Peel's
8  renewed motion indicates he also suffers from degeneration of spinal discs and pre-diabetes.
9  Mot. at 1, 15, ECF No. 359.

## II.     LEGAL STANDARD

The court outlined the legal standard for motions for compassionate release under § 3582(c)(1)(A) in its previous orders.  In summary, defendant has the burden to show he has exhausted administrative remedies, that "extraordinary circumstances" support his motion, that the requested reduction is supported by the relevant sentencing factors in § 3553(a), and that release would not pose a danger to the community.  *See* Prev. Order (November 20, 2020) at 3–5.

## III.    ANALYSIS

Mr. Peel's motions for compassionate release present ostensibly the same argument: he is in poor health and has updated his release plan to eliminate concerns.  Reviewing the record, the court is unable to find Mr. Peel's health has deteriorated in any significant way since his last motion.  Similarly, Mr. Peel again proposes to live with his sister, Cynthia McLean, a release plan this court previously found unacceptable. Mot. at 4.  "[A]s is true of motions for reconsideration in civil cases, motions for reconsideration in criminal cases are almost always denied when they rest on arguments or evidence the moving party previously raised or could have raised and denial would not cause manifest injustice." *United States v. Davis*, No. 98-00114, 6 2021 WL 1122574, at *2 (E.D. Cal. Mar. 24, 2021), *aff'd*, No. 21-10094, 2022 WL 1090945 (9th Cir. Apr. 12, 2022). Because Mr. Peel presents essentially the same argument in his renewed motion, the court does not find a compelling reason to reach a different conclusion than its last order.

## IV. CONCLUSION

At present, the renewed motion does not provide any meaningful new information to support the court's revisiting its prior conclusion that Mr. Peel presents a danger to the community which his proposed release plan does not overcome. Accordingly, the court still finds the relevant factors weigh against Mr. Peel's release and his motion is **denied.**

The government's request for an extension of time to file an opposition is **denied as moot.**

This order resolves ECF Nos. 359 & 361.

IT IS SO ORDERED.

DATED: December 17, 2024.

_____
SENIOR UNITED STATES DISTRICT JUDGE