IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. PEEL,**<br><br>Defendant. | CASE NO.:  2:14-cr-0192 KJM-CKD<br><br>**ORDER GRANTING REAPOINTMENT OF FAY ARFA AS COUNSEL FOR DEFENDANT'S RENEWED MOTION TO REDUCE SENTENCE (COMPASSIONATE RELEASE – 18 U.S.C. § 3582(c)(1)(A)(i)) (Doc 359)** |

GOOD CAUSE APPEARING, it is ordered that Fay Arfa's request (Doc 364) to be appointed as counsel for Mr. Peel's Renewed Motion for Compassionate Release (Doc. 359) is GRANTED.

Dated: January 10, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE