UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:14-cr-00192-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Donald Peel, | |
| Defendant. | |

Defendant Donald Peel moves this court to reconsider its previous order denying defendant's motion to vacate and/or reduce his sentence. Mot. to Amend Judgment, ECF No. 370; *see* Order (Dec. 18, 2024), ECF No. 363. On January 10, 2025, this court granted defendant's motion to appoint counsel and appointed Fay Arfa to represent defendant on his renewed motion for compassionate release. *See* Order (Jan. 10, 2025), ECF No. 366.

The court, having appointed counsel on the motion, declines to consider defendant's *pro se* motion. Defendant is reminded that future filings related to his motion for compassionate release must come by and through his appointed counsel, Ms. Arfa.

The motion for reconsideration is **denied without prejudice.**

This order resolves ECF No. 370.

IT IS SO ORDERED.

DATED: January 17, 2025.

UNITED STATES DISTRICT JUDGE

1