IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DONALD PEEL,<br><br>        Defendant. | CASE NO.: 14-cr-00192 KJM CKD<br><br>**ORDER TO SEAL EXHIBITS B AND C TO MOTION FOR COMPASSIONATE RELEASE** |

GOOD CAUSE APPEARING, Petitioner Donald Peels' request to seal Exhibit B at 5-13 and Exhibit C at 15-29 attached to his Motion for Compassionate Release is GRANTED, unless or until otherwise ordered by the court.

Dated: June 24, 2025.

_____
UNITED STATES DISTRICT JUDGE