IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DONALD PEEL,<br><br>　　　　　Defendant. | CASE NO.:  14-cr-00192 KJM CKD<br><br>**ORDER TO REDACT PART OF EXHIBIT D TO MOTION FOR COMPASSIONATE RELEASE** |

　　　GOOD CAUSE APPEARING, Petitioner Donald Peels' request to redact a portion of his Motion for Compassionate Release, namely, Exhibit D at 33 is GRANTED.

Dated:  June 24, 2025.

_____
UNITED STATES DISTRICT JUDGE