MICHELE BECKWITH
Acting United States Attorney
JASON HITT
HEIKO P. COPPOLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DONALD PEEL,<br><br>                Defendant. | CASE NO. 2:14-CR-00192-KJM-CKD<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO STAY |

The Court has reviewed defendant Donald Peel's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF 380, and the government's motion to stay, or alternatively, to extend the time for filing a response to the defendant's motion under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c). ECF 381.

A review of the docket in this case demonstrates that the defendant filed a Notice of Appeal in the Ninth Circuit after denial of his previous motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF 359. The defendant's opening briefing on that appeal is currently due August 25, 2025, and the government's answering brief is due September 24, 2025. *United States v. Peel*, C.A. No. 25-205, Docket Nos. 9, 11. The defendant's filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). Here, defendant's filing of a notice of appeal on January 10, 2025, from the denial of his previous compassionate release motion conferred jurisdiction on the Court of Appeals and divested this Court of its control over those aspects of

the case involved in the appeal, including the substance of his present motion for compassionate release. *United States v. Ortega Lopez*, 988 F.2d 70, 72 (9th Cir. 1993).

      Accordingly, the Court GRANTS the government's motion to stay the time for filing a response to the defendant's motion until final resolution of the defendant's pending appeal to the Ninth Circuit. The Government shall file a status report or response to defendant's motion to reduce no later than November 3, 2025.

      IT IS SO ORDERED.

DATED: July 7, 2025.

                                        UNITED STATES DISTRICT JUDGE