UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:14-cr-00192-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Donald Peel, | |
| Defendants. | |

On January 10, 2025, defendant Donald Peel filed a pro se notice of appeal related to this court's order denying relief under 18 U.S.C. § 3282(c)(1)(A). ECF Nos. 363, 367. On June 26, 2025, Peel moved to reduce his sentence under 28 U.S.C. § 3582, represented by counsel. ECF No. 380. The court granted the government's motion to stay this case until the pending appeal concluded. ECF Nos. 381, 384. The Court of Appeals dismissed the appeal on October 6, 2025. ECF No. 387. The government now asks the court to set a briefing schedule on the pending motion. ECF No. 388.

The government's opposition to the motion at ECF No. 380 shall be filed within thirty days. Defendant's optional reply is due thirty days after receiving service of the government's opposition. The matter will then be submitted for a decision without a hearing.

IT IS SO ORDERED.

DATED: November 7, 2025.

UNITED STATES DISTRICT JUDGE